583 A.2d 318

.STATE OF NEW JERSEY v. JONATHAN NICHADOWICZ.

February 6, 1990.

Petition for certification denied.

583 A.2d 318

PETER O'KEEFE v. ESSEX COUNTY PARKS.

February 6, 1990.

Petition for certification denied.

583 A.2d 318

SAVERIO SAPORITO v. ANTON FRECH.

February 6, 1990.

Petition for certification denied.

583 A.2d 319

STATE OF NEW JERSEY v. ALFREDO GARCIA.

February 6, 1990.

Petition for certification denied.

583 A.2d 319

STATE OF NEW JERSEY v. DANIEL LEVERON DUGAS.

February 6, 1990.

Petition for certification denied.